Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000514
17-JAN-2018
03:01 PM

NO. CAAP-15-0000514

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CRANDALL PENAFLOR, Plaintiff-Appellant,
v.
BOYD P. MOSSMAN, RICHARD A. PRIEST, JR., THOMAS P. GRISWOLD,
CITY & COUNTY OF MAUI, A MUNICIPAL CORPORATION, ARE SUED IN
THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0187(2))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion, filed on November 30, 2017, is hereby corrected as follows:

1.   On page 7, on a separate line immediately under the "DISCUSSION" heading, a roman numeral "I." section heading should be inserted, centered on a separate line between the "DISCUSSION" heading and the beginning of the first paragraph under the "DISCUSSION" heading, so that as corrected the text reads:

DISCUSSION

I.

Penaflor argues that . . . .

2.   On page 8, ten lines from the bottom of the page, "Judge's Mossman's" should be replaced with "Judge Mossman's" so that as corrected, the text reads: " . . . Judge Mossman's absolute . . . ."

---

[1] Nakamura, Chief Judge, and Fujise and Leonard, JJ.

3.    On page 10, in the second line, the comma after the word "consistency" should be deleted so that as corrected, the text reads: " ". . . finality and consistency" have led the . . . ."

4.    On page 12, in the first line of footnote 10, "Preist" should be replaced with "Priest".

5.    On page 15, in the second line from the bottom of the page, a comma should be inserted between "actions" and "which" so that as corrected, the text reads: ". . . actions, which do not."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 17, 2018.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge